JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eden Guitron,<br><br>                Plaintiff,<br><br>    v.<br><br>Serta, Inc. et al.,<br><br>                Defendants. | Case No.: 2:25-cv-00409-MEMF-MAR<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION [ECF NO. 13]** |

///

1

Having duly considered the parties' Stipulation to Remand Action, ECF No. 13 ("Stipulation"), and all papers submitted in relation thereto, and finding good cause to grant the relief requested therein, the Court GRANTS the parties' Stipulation and ORDERS as follows:

1. This action shall be remanded to the Superior Court of the State of California for the County of Los Angeles, where the action was first filed for purposes of seeking settlement approval.

IT IS SO ORDERED.

Dated: August 14, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2